# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CR 98

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| V ) | **ORDER** |
| ISRAEL AVELLANEDA-ALVIAR, ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Lee Atkins' Application for Admission to Practice *Pro Hac Vice* of Matthew J. Kappel. It appearing that Matthew J. Kappel is a member in good standing with the South Carolina State Bar and will be appearing with Lee Atkins, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Lee Atkins' Application for Admission to Practice *Pro Hac Vice* (#14) of Matthew J. Kappel is **GRANTED**, and that Matthew J. Kappel is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Lee Atkins.

Signed: October 18, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge